IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENISE HORN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SONESTA CHICAGO LLC d/b/a SONESTA CHICAGO O'HARE and SONESTA INTERNATIONAL HOTELS CORPORATION,<br><br>        Defendants. | Case No. 1:22-cv-02362 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Denise Horn, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendants, Sonesta Chicago, LLC and Sonesta International Hotels Corporation. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: April 17, 2023

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
nickc@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

Matt Horvitz
Goulston & Storrs PC
400 Atlantic Ave.
Boston, MA 02110
MHorvitz@GOULSTONSTORRS.com

*Counsel for Defendant*

/s/ Nicholas A. Colella
Nicholas A. Colella